**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PETER JOHN RODRIGUEZ,

                Plaintiff,                      21 **CIVIL** 2358 (JCM)

       -v-                                   **JUDGMENT**

KILOLO KIJAZAKI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated August 9, 2022, Plaintiff's motion is denied and Defendant's cross-motion is granted; accordingly, the case is closed.

**Dated:**  New York, New York
           August 11, 2022

                                                 **RUBY J. KRAJICK**
                                                 _____
                                                 **Clerk of Court**
                       **BY:**     *K. Mango*
                                                 _____
                                                 **Deputy Clerk**